BINGHAM MCCUTCHEN LLP
Thane D. Scott (*pro hac vice*)
One Federal Street
Boston, MA 02110-1726
Telephone: 617.951.8000
Facsimile: 617.951.8736
thane.scott@bingham.com

Rianne E. Rocca (SBN 221640)
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: 415.393.2000
Facsimile: 415.393.2286
rianne.rocca@bingham.com

Attorneys for Defendant,
Parametric Technology Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ADVANCED ENGINEERING SOLUTION, INC., a California corporation,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>KENWORTH TRUCK COMPANY, an unknown entity; KALYPSO, INC., a corporation; PARAMETRIC TECHNOLOGY CORPORATION, a Massachusetts corporation; ANDREW TIMM, an individual; JORDAN REYNOLDS, an individual; and DOES 1 through 100, inclusive,<br><br>　　　　　Defendants. | No. CV12-00986 (LHK)<br><br>**DEFENDANT PARAMETRIC TECHNOLOGY CORPORATION'S PARTIAL OBJECTION TO PLAINTIFF'S COUNSEL'S STIPULATION ALLOWING WITHDRAWAL OF COUNSEL; [PROPOSED] ORDER** |

A/74907068.1/0123415-0000359984

PARAMETRIC TECHNOLOGY CORPORATION'S PARTIAL OBJECTION TO PLAINTIFF'S COUNSEL'S
STIPULATION ALLOWING WITHDRAWAL OF COUNSEL; [PROPOSED] ORDER (CV12-00986) (LHK)

1   Defendant Parametric Technology Corporation ("PTC") makes this limited objection to
2   the Stipulation and Proposed Order filed by The Williams Firm ("The Firm") on Friday, April
3   21, 2012, requesting court approval of their withdrawal as counsel for Plaintiff Advanced
4   Engineering Solutions, Inc. ("AES").

5   PTC objects solely to the extent that the Stipulation and Proposed Order fail to clarify
6   who defendants should serve with pleadings or related documents in this matter going forward.
7   Such clarity is particularly important because PTC's response to Plaintiff's Complaint, which
8   will likely take the form of a motion to dismiss, is due in one week.  Consistent with Local Rule
9   11-5(b), PTC therefore respectfully requests that, should the court allow The Williams Firm to
10  withdraw as Plaintiff's counsel, such withdrawal should be subject to the condition that any
11  papers may continue to be served on The Williams Firm for forwarding purposes, unless and
12  until AES appears by other counsel or pro se.  Pursuant to Local Rule 7-11(b), a proposed order
13  accompanies this objection, and this proposed order reflects this additional condition and makes
14  counsel's withdrawal effective upon AES' consent to such a condition.

DATED:  April 23, 2012             BINGHAM MCCUTCHEN LLP

                                   By: */s/ Rianne E. Rocca*
                                   _____
                                       Rianne E. Rocca (SBN 221640)

                                   Attorneys for Defendant Parametric Technology
                                   Corporation

A/74907068.1/0123415-0000359984                 2

PARAMETRIC TECHNOLOGY CORPORATION'S PARTIAL OBJECTION TO PLAINTIFF'S COUNSEL'S
STIPULATION ALLOWING WITHDRAWAL OF COUNSEL; [~~PROPOSED~~] ORDER (CV12-00986) (LHK)

## PROPOSED ORDER

IT IS HEREBY ORDERED THAT The Williams Firm may withdraw as Plaintiff, AES', counsel of record.

IT IS FURTHER HEREBY ORDERED THAT such withdrawal is subject to the condition that any papers may continue to be served on The Williams Firm for forwarding purposes, unless and until AES appears by other counsel or pro se.

IT IS FURTHER HEREBY ORDERED THAT The Williams Firms' withdrawal shall be effective upon filed consent by AES that includes an acknowledgement of this condition.

**IT IS SO ORDERED.**

Dated: April 26, 2012

*Lucy H. Koh*
United States District Judge

*[Stamp: IT IS SO ORDERED AS MODIFIED / Lucy H. Koh / Judge Lucy H. Koh]*

A/74907068.1/0123415-0000359984   3

PARAMETRIC TECHNOLOGY CORPORATION'S PARTIAL OBJECTION TO PLAINTIFF'S COUNSEL'S STIPULATION ALLOWING WITHDRAWAL OF COUNSEL; [PROPOSED] ORDER (CV12-00986) (LHK)