BINGHAM MCCUTCHEN LLP
Thane D. Scott (*pro hac vice*)
One Federal Street
Boston, MA 02110-1726
Telephone: 617.951.8000
Facsimile: 617.951.8736
thane.scott@bingham.com

Rianne E. Rocca (SBN 221640)
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: 415.393.2000
Facsimile: 415.393.2286
rianne.rocca@bingham.com

Attorneys for Defendant,
Parametric Technology Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ADVANCED ENGINEERING SOLUTION, INC., a California corporation,<br><br>    Plaintiff,<br> v.<br><br>PACCAR, INC., a Delaware corporation; KENWORTH TRUCK COMPANY, an unknown entity; KALYPSO, INC., a corporation; PARAMETRIC TECHNOLOGY CORPORATION, a Massachusetts corporation; ANDREW TIMM, an individual; JORDAN REYNOLDS, an individual; and DOES 1 through 100, inclusive,,<br><br>    Defendants. | No. CV12-00986 (LHK)<br><br>**STIPULATION AND [PROPOSED] ORDER RE EXTENSION OF TIME TO RESPOND TO THE PLAINTIFF'S COMPLAINT** |

1      Plaintiff, Advanced Engineering Solutions, Inc., and Defendant, Parametric

2 Technology Corporation ("PTC"), by and through their counsel of record, hereby submit the

3 following stipulation pursuant to Local Rule 6-2:

4      WHEREAS Plaintiff filed its Complaint on February 27, 2012;

5      WHEREAS, counsel stipulated to an initial 30-day extension of time to respond to the

6 Complaint, such that PTC's response is currently due on April 30, 2012;

7      WHEREAS Plaintiff's current counsel, The Williams Firm, filed a stipulation and

8 proposed order requesting withdrawal as Plaintiff's counsel on April 20, 2012;

9      WHEREAS a second extension of time would allow Plaintiff adequate time to seek

10 substitute counsel before PTC files its response to Plaintiff's Complaint;

11      WHEREAS extending PTC's time to respond to the Complaint will not alter the date of

12 any other event or deadline already fixed by the Court;

13      THEREFORE, Plaintiff and Defendant, by their respective counsel, stipulate and agree as

14 follows:

15      1.      The deadline for PTC to respond to the Complaint shall be extended up to and

16 including ten (10) days after Plaintiff's successor counsel files its notice of appearance in this

17 case.

18 **IT IS SO STIPULATED.**

19 DATED: April 25, 2012                    Bingham McCutchen LLP

                                            By: /s/ Rianne E. Rocca
                                            Attorney for Defendant
                                            Parametric Technology Corporation


                                            The Williams Firm

                                            By: /s/ D. Alexander Floum
                                            Attorney for Plaintiff
                                            Advanced Engineering Solutions, Inc.

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | **PURSUANT TO STIPULATION, IT IS SO ORDERED.** |
| 3 | Dated: April 26, 2012 /s/ Lucy H. Koh |
| 4 | The Honorable Lucy H. Koh<br>Judge, United States District Court |