UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ADVANCED ENGINEERING SOLUTION, INC., a California corporation,<br><br>                Plaintiff,<br>     v.<br><br>PACCAR, INC., a Delaware corporation; KENWORTH TRUCK COMPANY, an unknown entity; KALYPSO, INC., a corporation; PARAMETRIC TECHNOLOGY CORPORATION, a Massachusetts corporation; ANDREW TIMM, an individual; JORDAN REYNOLDS, an individual; and DOES 1 through 100, inclusive,<br><br>                Defendants. | Case No.: 5:12-CV-00986-LHK<br><br>ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE |

      Plaintiff Advanced Engineering Solution, Inc. filed a complaint against Paccar, Inc., Kenworth Truck Company, Kalypso Inc., Parametric Technology Corporation, Andrew Timm, Jordan Reynolds, and Does 1 through 100, inclusive (collectively, "Defendants") on June 1, 2011. *See* ECF No. 1. On April 9, 2012, the case was reassigned to the undersigned judge. ECF No. 17. On May 11, 2012, Defendant Andrew Timm filed a motion to dismiss the complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). *See* ECF No. 28. Pursuant to Civil Local Rule 7-3(a), Plaintiff's opposition to the motion to dismiss was due on May 25, 2012. Plaintiff has not filed an opposition or statement of non-opposition to Defendant Timm's motion.

The hearing on Defendant Timm's motion and the case management conference set for September 6, 2012 are VACATED.  The Court hereby ORDERS Plaintiff to show cause why this case should not be dismissed for failure to prosecute.  This Order does not authorize Plaintiff to file an untimely opposition to Defendant Timm's motion to dismiss.  Plaintiff has until **August 13, 2012**, to file a response to this Order to Show Cause.  A hearing on this Order to Show Cause is set for **August 30, 2012, at 1:30 P.M.**  Plaintiff's failure to respond to this Order to Show Cause and to appear at the August 30, 2012 hearing will result in dismissal with prejudice for failure to prosecute.

**IT IS SO ORDERED.**

Dated: July 23, 2012

*Lucy H. Koh*
LUCY H. KOH
United States District Judge