1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ADVANCED ENGINEERING SOLUTION, INC., a California corporation,       ) <br>       ) <br>       ) <br> Plaintiff,       ) <br>       ) <br> v.       ) <br>       ) <br> PACCAR, INC., a Delaware corporation; <br> KENWORTH TRUCK COMPANY, an <br> unknown entity; KALYPSO, INC., a <br> corporation; PARAMETRIC TECHNOLOGY <br> CORPORATION, a Massachusetts corporation; <br> ANDREW TIMM, an individual; JORDAN <br> REYNOLDS, an individual; and DOES 1 <br> through 100, inclusive, <br>       ) <br> Defendants.       ) | Case No.: 5:12-cv-00986-LHK <br><br> ORDER SETTING TIME FOR <br> DEFENDANTS TO REPLY TO <br> PLAINTIFF'S RESPONSE TO OSC |

On July 23, 2012, the Court ordered Plaintiff Advanced Engineering Solution, Inc. to show cause why the instant case should not be dismissed for failure to prosecute (the "OSC"). Plaintiff was ordered to file its response to the OSC by August, 13, 2012. Plaintiff has done so.

On August, 13, 2012, Defendant Kalypso emailed the Court to inquire whether the Court had set a deadline by which Defendants could respond to the OSC. This is a prohibited ex parte communication in violation of Local Rule 11-4(c). Nevertheless, the Court hereby orders that any

1

Case No.: 5:12-cv-00986-LHK
ORDER SETTING TIME FOR DEFENDANTS TO REPLY TO PLAINTIFF'S RESPONSE TO OSC

1    Defendant wishing to file a reply addressing Plaintiff's response to the OSC shall do so by August

2    22, 2012.

3

4    **IT IS SO ORDERED.**

5    Dated: August 20, 2012

   *Lucy H. Koh*
   _____
6    LUCY H. KOH
   United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No.: 5:12-cv-00986-LHK
ORDER SETTING TIME FOR DEFENDANTS TO REPLY TO PLAINTIFF'S RESPONSE TO OSC

**United States District Court**
For the Northern District of California