UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ADVANCED ENGINEERING SOLUTION, INC., a California corporation, <br><br> Plaintiff, <br> v. <br><br> PACCAR, INC., a Delaware corporation; KENWORTH TRUCK COMPANY, an unknown entity; KALYPSO, INC., a corporation; PARAMETRIC TECHNOLOGY CORPORATION, a Massachusetts corporation; ANDREW TIMM, an individual; JORDAN REYNOLDS, an individual; and DOES 1 through 100, inclusive, <br><br> Defendants. | Case No.: 5:12-CV-00986-LHK <br><br> ORDER DISMISSING DEFENDANT PACCAR, INC. |

On July 23, 2012, this Court issued an Order to Show Cause Why this Case Should Not Be Dismissed For Failure to Prosecute. *See* ECF No. 33 ("OSC"). Plaintiff Advanced Engineering Solution, Inc. ("Plaintiff") filed a response to the OSC requesting: (1) dismissal of this case without prejudice due to Plaintiff's financial inability to pursue litigation; or, alternatively, (2) transfer of this case to the United States District Court, Western Division of Texas, Austin Division ("Texas Court"), where Plaintiff is the defendant in a case Plaintiff alleges is related to the instant suit; or, alternatively, (3) that the Court allow Plaintiff 60 additional days to seek and obtain representation. *See* ECF No. 36 ("Response") at 2.

1

Case No.: 12-CV-00986-LHK
ORDER DISMISSING DEFENDANT PACCAR, INC.

A hearing regarding the OSC was held on August 30, 2012. Following the hearing, the Court issued an order ("Order") dismissing, without prejudice, Plaintiffs' claims against Defendants Kenworth Truck Company, Kalypso Inc., Parametric Technology Corporation, Andrew Timm pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).[1] *See* ECF No. 43. The Court, however, declined to dismiss Plaintiff's claims against Defendant Paccar, Inc. ("Paccar") for reasons set forth in the Order. *Id.*

The Court additionally ordered Plaintiff to retain new counsel by October 3, 2012. The Court further ordered that, by October 3, 2012, new counsel must: (1) file a notice of appearance; (2) file a status report advising the Court of how Plaintiff intends to proceed with the litigation; and (3) meet and confer with counsel for Paccar pursuant to Federal Rule of Civil Procedure 26(f). *Id.* The Court stated that if these tasks were not accomplished by October 3, 2012, Plaintiff's claims against Paccar would be dismissed with prejudice. *Id.* As of today, October 15, 2012, Plaintiff has failed to meet any of these deadlines. For example, the Court has not received a notice of appearance from Plaintiff's new counsel. Furthermore, Plaintiff has not filed a status report advising the Court of how Plaintiff intends to proceed with the litigation. Plaintiff also has not informed the Court that Plaintiff has met and conferred with counsel for Paccar pursuant to Federal Rule of Civil Procedure 26(f). Accordingly, Plaintiff's claims against Paccar are DISMISSED WITH PREJUDICE. The case management conference set for October 24, 2012, at 2:00 p.m is hereby VACATED. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: October 15, 2012

_____
LUCY H. KOH
United States District Judge

---

[1] Rule 41(a)(1)(A)(i) provides that a "plaintiff may dismiss an action without a court order by filing… a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.